AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## INITIAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Aaron, Stewart D. | U.S. District Court, Southern District of New York | 08/02/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge (FT) | ☐ Nomination    Date<br>☑ Initial    ☐ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>03/25/2018 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Pearl Street
New York, New York 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Arnold & Porter Kaye Scholer LLP | Partner |
| 2. | New York County Lawyers Association | Director |
| 3. | New York County Lawyers Association Foundation | Director |
| 4. | The Legal Aid Society | Director |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2017 | Payments under Articles of Partnership of Arnold & Porter Kaye Scholer LLP for a five-year term starting in 2019 |
| 2. | 2015-2017 | Arnold & Porter Kaye Scholer LLP, share of partnership income |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Arnold & Porter LLP, partnership income | $1,160,409.00 |
| 2. | 2016 | Arnold & Porter LLP, partnership income | $1,080,505.00 |
| 3. | 2017 | Arnold & Porter LLP, partnership income | $657,303.00 |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016-2018 | Self-Employed (artist) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | EXEMPT | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. EXEMPT | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aaron, Stewart D. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. City National Bank (cash) | A | Interest | K | T | Exempt | | | | |
| 2. Ally Bank (cash) | C | Interest | N | T | | | | | |
| 3. American Express Bank (cash) | C | Interest | M | T | | | | | |
| 4. Purepoint Financial (cash) | B | Interest | N | T | | | | | |
| 5. Synchrony Bank Cash Account | A | Interest | M | T | | | | | |
| 6. TD Bank (cash) | B | Interest | M | T | | | | | |
| 7. Liberty Life Assurance Co. of Boston Fixed Annuity | A | Dividend | M | T | | | | | |
| 8. Account #1 (H) | | | | | | | | | |
| 9. Wasatch Emerging Markets Small Cap (WIEMX) | A | Dividend | | | | | | | |
| 10. Vanguard Total Stock Market ETF (VTI) | A | Int./Div. | J | T | | | | | |
| 11. iShares Trust iShares Edge MSCI Min Vol USA ETF (USMV) | A | Dividend | J | T | | | | | |
| 12. Account #2 (H) | | | | | | | | | |
| 13. Schwab Government Money Fund (SWGXX) (cash) | A | Interest | J | T | | | | | |
| 14. Schwab Value Advantage (SWVXX) | A | Dividend | M | T | | | | | |
| 15. US Treasury Bond Bill (52-week) | A | Interest | K | T | | | | | |
| 16. US Treasury NT (2-year) | A | Interest | K | T | | | | | |
| 17. US Treasury NT (5-year) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aaron, Stewart D. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Trust iShares Edge MSCI Min Vol USA ETF (USMV) | B | Int./Div. | M | T | | | | | |
| 19. Vanguard Total Stock Market ETF (VTI) | D | Int./Div. | N | T | | | | | |
| 20. Cohen & Steers Preferred & Income (CPXIX) | C | Int./Div. | M | T | | | | | |
| 21. DoubleLine Total Return Bond (DBLTX) | C | Int./Div. | M | T | | | | | |
| 22. Metropolitan West Total Return Bond (MWTIX) | C | Int./Div. | M | T | | | | | |
| 23. Vanguard Interm-Term Bond Index (VBILX) | D | Int./Div. | O | T | | | | | |
| 24. American Funds Europacific Growth F2 (AEPFX) | A | Dividend | M | T | | | | | |
| 25. Eagle MLP Strategy Fd I (EGLIX) | B | Int./Div. | M | T | | | | | |
| 26. MFS International New Discovery I (MWNIX) | A | Dividend | L | T | | | | | |
| 27. Eaton Vance Emerging Markets (EIEMX) | A | Dividend | M | T | | | | | |
| 28. Harbor International (HAINX) | A | Dividend | M | T | | | | | |
| 29. AMG Southernsun US Equity (SSEIX) | A | Dividend | | | | | | | |
| 30. Artisan International Small Cap (ARTJX) | A | Dividend | | | | | | | |
| 31. Guggenheim Floating Rate Strategies Instl (GIFIX) | B | Int./Div. | | | | | | | |
| 32. Loomis Sayles Bond Instl (LSBDX) | A | Int./Div. | | | | | | | |
| 33. New York Times (NYT) | | None | | | | | | | |
| 34. Prudential Jennison Natural Resources (PNRZX) | A | Dividend | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aaron, Stewart D. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard REIT Index ETF (VNQ) | B | Int./Div. | | | | | | | |
| 36. Wasatch Emerging Mkts Small Cap (WIEMX) | | None | | | | | | | |
| 37. Account #3 (H) | | | | | | | | | |
| 38. Vanguard Interm-Term Bond Index (VBILX) | A | Dividend | | | | | | | |
| 39. Vanguard Total Stock Market ETF (VTI) | A | Dividend | | | | | | | |
| 40. Vanguard Interm-Term Tx-Ex Adm (VWIUX) | A | Dividend | J | T | | | | | |
| 41. iShares Trust iShares Edge MSCI Min Vol USA ETF (USMV) | A | Dividend | K | T | | | | | |
| 42. Account #4 (H) | | | | | | | | | |
| 43. M&T Bank (cash) | A | Interest | | | | | | | |
| 44. American Express Centurion Bank (cash) | A | Interest | M | T | | | | | |
| 45. Account #5 (H) | | | | | | | | | |
| 46. Optum Bank (cash) | | None | J | T | | | | | |
| 47. Vanguard Wellington Fund Investor Shares (VWELX) | A | Dividend | K | T | | | | | |
| 48. Account #6 (H) | | | | | | | | | |
| 49. New York's 529 College Savings Program (cash) | A | Interest | J | T | | | | | |
| 50. Account #7 (H) | | | | | | | | | |
| 51. New York's 529 College Savings Program (cash) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aaron, Stewart D. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Account #8 (H) | | | | | | | | | |
| 53. Vanguard Short-Term Tx-Ex (VWSUX) | A | Dividend | | | | | | | |
| 54. Eaton Vance Emerging Markets (EIEMX) | A | Dividend | | | | | | | |
| 55. Vanguard Interm-Term Tx-Ex Adm (VWIUX) | A | Dividend | | | | | | | |
| 56. iShares Trust iShares Edge MSCI Min Vol USA ETF (USMV) | A | Int./Div. | | | | | | | |
| 57. iShares Trust iShares Edge MSCI Min Vol USA ETF (USMV) | A | Dividend | | | | | | | |
| 58. Account #9 (H) | | | | | | | | | |
| 59. American Funds EuroPacific Growth Fund Class R-6 (RERGX) | C | Int./Div. | | | | | | | |
| 60. Dodge & Cox Income Fund (DODFX) | D | Int./Div. | | | | | | | |
| 61. Vanguard Institutional Index Fund (VINIX) | C | Int./Div. | | | | | | | |
| 62. Vanguard Mid-Cap Index Fund Institutional Shares (VMCIX) | A | Int./Div. | | | | | | | |
| 63. Vanguard Short-Term Bond Index Fund Institutional (VBITX) | C | Int./Div. | | | | | | | |
| 64. Vanguard Small-Cap Index Fund Institutional Shares (VSCIX) | A | Int./Div. | | | | | | | |
| 65. Vanguard Value Index Fund Institutional Shares (VIVIX) | B | Int./Div. | | | | | | | |
| 66. Account #10 (H) | | | | | | | | | |
| 67. Artisan Global Value Fund Institutional Class (APHGX) | C | Int./Div. | | | | | | | |
| 68. Artisan International Small Cap (ARTJX) | C | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aaron, Stewart D. | 08/02/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Baird Intermediate Bond Fund Class Instl (BIMIX) | D | Int./Div. | | | | | | | |
| 70. FPA Crescent Fund (FPACX) | C | Int./Div. | | | | | | | |
| 71. Harbor International Fund Retirement Class (HNINX) | B | Int./Div. | | | | | | | |
| 72. Manulife Strategic Inc FC CIT (BAA-MSIFC) | A | Dividend | | | | | | | |
| 73. Metropolitan West Total Return Bond Fund (MWTSX) | C | Int./Div. | | | | | | | |
| 74. Vanguard Institutional Index Fund (VINIX) | C | Int./Div. | | | | | | | |
| 75. Vanguard Total International Stock Index Fund Inst (VTSNX | B | Int./Div. | | | | | | | |
| 76. Vaughan Nelson (BAA-VN) | A | Dividend | | | | | | | |
| 77. Wells Fargo Absolute Return Fund - Class Inst (WABIX) | A | Int./Div. | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Aaron, Stewart D. | 08/02/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A.: None in 2018.

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| Aaron, Stewart D. | 08/02/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Stewart D. Aaron**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544